# EXHIBIT A

December 2, 2024

Your honor,

   I am writing this letter to you to understand me for the things I have done and the corrections made to better myself and the community.

I was raised in a two-parent household with four other siblings, my parents were great people in our community who stood by Christianity, respectful morals, education, and dedicated hard work. My father passed away shortly after I came to the United States of America for college. It was a tough transition that was filled with mixed emotions, lack of clarity, insecurity, and uncertainty.

My actions before my arrest are not things I am used to or how I was raised and this makes me saddened to stray away from my upbringing because these victims could have easily been any one of my family or friends but since my arrest resources were provided to me and these have helped me push forward.

Through counseling, I have gained valuable insights and coping strategies. I dealt with the sudden passing of my father which ultimately caused redirection in my life.  I earned certifications in data science and data engineering through META Platforms Inc. which is a multifunctional that provides social networking, advertising, and business insight solutions. I also worked for a non-emergency medical transport company, where I helped individuals with special needs reach their medical appointments. These experiences have given me a renewed sense of purpose

I have strengthened my relationships with supportive family and friends. I stand before you today seeking both redemption and a chance for rehabilitation. I plan to finish my bachelor's degree, honoring my father's sacrifices for my education.

I aim to utilize the lessons learned to support my community. Rebuilding trust and demonstrating my commitment to change will take time, and I am prepared to work diligently toward this goal.

I urge Your Honor to consider my progress and to show leniency in my sentencing. I am fully committed to complying with any conditions the court sets and continuing my personal growth.

I acknowledge the seriousness of my actions and the responsibilities they carry. I stand before you with genuine remorse and a determination to contribute positively to society. I kindly request your leniency to continue my rehabilitation journey.

Thank you for your consideration, Your Honor. I appreciate the opportunity to address the court and await your decision with respect.

Sincerely,
Barnabas Jime

# EXHIBIT B

Solomon Terwase Kile-Jime
Prince Audu Estate, Gold and Base, Shakaa
Jos, Plateau State



09/03/2024

Jon S Tigar,
District Court Jugde,
Oakland Courthouse, Court room 6 - 2nd floor,
1301 Clay Street,
Oakland, CA 94612

Your Honor,

I am writing this letter to plead for leniency on behalf of Barnabas Terhemba Jime, who is a first-time offender in the matter currently before your court. I understand the seriousness of the charges and the importance of upholding the law, but I humbly wish to speak as a character witness for my brother attesting to his nature as a great human being, a wonderful brother and big, kind-hearted young man.

We are five (5) boys from about parents. I am number two (2), he is number four (4). I went to university in London, Kingston University at Kingston upon Thames. I studied Civil Engineering. Upon graduating, I came back to Nigeria. I worked in the construction industry for eight (8) years before going into the family business due to the death of our father. We all as a family were greatly affected by our father's death and had to make some difficult choices that have changed our lives forever.

Unfortunately for my little brother, he was not around when my father died, he could not even come back for his burial. That weighed heavily on him and since then he has not been quite himself. He is not a bad person let alone a criminal but my father's death left all of us to seek directions as best we knew how. Without my father around, the glue that held him together was not there anymore. They were so close. They had a bond and an understanding different from the rest of us. My brother was the one who helped our father set up all his technological devices. He helped my dad with all his office work like if he

needed to check his emails, type a letter, write a report and many others. He enjoyed working with our father a lot.

When he was not working with our father, he had an entrepreneurial mind about him. He was such a friendly and well-loved individual, with many of his friends asking him to host their birthday and graduation parties. There was how he learnt how to DJ. I actually gave him a few loans when he was short on money and he always paid back on time with interest. My brother is loyal and a man of integrity. His word is his bond. I have not really been there for him since our father died because I was not in a good place too. We know it is tough losing a loved one so suddenly especially one that you are so close to.

My brother is someone who has always strived to be useful to his family and his friends. He was the Captain of his football team and everyone loved him. He actually was the oldest player on the team so he took the others under him as his brothers. He is also a good cook and a very hospitable young man. He loves being around his friends and family. This is the first incident he has ever had. He has always been a law-abiding citizen. I went with him to some of the parties he threw and I can guarantee you that there were never any illegal activities taking place at any of them. I know because I checked. I would not have condoled him doing back because my money was involved in setting up those parties and if something wrong happened, I would have been implicated. He was a good business partner to have and an even better brother.

In closing, I respectfully ask for your compassion and mercy in releasing my brother, (Barnabas Terhemba Kile-Jime). I believe that he has learnt his lesson and will further, upon his release, seek help, counselling and guidance from professionals and family on to handle the lost of our father and refocus on being a useful member of society and to his family and friends.

Thank you for considering my request. Please feel free to contact me if you require any further information.

Sincerely,

Solomon Terwase Jime

# EXHIBIT C

David Terhemen Jime
Abuja, FCT
Nigeria
11/Mar/2024

Jon S. Tigar
District Court Judge
Oakland courthouse, Court 6-2nd floor
1301 Clay Street,
Oakland, CA 94612

Character Statement for Barnabas Terhemba Jime

Your Honor,

My name is David Terhemen Jime. I am the eldest brother of Barnabas Jime and my other siblings (all brothers). I am forty one (41) years old and live in Abuja, Nigeria. I have known Barns for the 28 years of his life.

We are a moral and God-fearing family. We did not lack growing up and our parents instilled in us good morals and the importance of a good education.

Barnabas Terhemba Jime has always been a bright and intelligent person. I always found him to be a trail blazer of sorts. In a family of 5 boys, he was the only one that wanted study Electronic and Computer Engineering. We the first three studied Civil Engineering. We studied in the UK, while he studied in the US. I am happy to say he got to school from Nigeria on his own merit.

While in school, in 2016 Our father suddenly past away. And through this ordeal, Barnabas was without support or comfort to help him grieve properly. It affected his school work and may have introduced him to some bad company.

My brother Barnabas confessed to me his faults in the case he currently has before you. He has expressed his remorse for his part and his desire to address this issue. I am aware that when confronted, he choose to cooperate with investigators and the prosecutors office.  That decision of his only goes to show the kind of person I know my brother to be.

I believe he is sincerely remorseful of his actions and I am confident he will continue to make every effort to atone for his misdeed and not repeat such in the future.

I write this letter to respectfully ask your Honor for leniency on his behalf.

I thank you for your time and consideration.

Sincerely,

David Terhemen Jime

# EXHIBIT D

Joshua Iorwuese Jime
Samora Machel Street,
Asokoro,
Abuja. Nigeria.
████████████████
████████████
11/03/2024

Jon S Tigar,
District Court Judge,
Oakland Courthouse, Court Room 6 –
2nd floor,
1301 Clay Street,
Oakland, CA 94612


Your Honor,

## Statement for Leniency in the Case [USA VS BARNABAS JIME]

## Docket No. 4:24-cr-00028-JST

I am writing this letter to plead for the leniency on behalf of the defendant [Barnabas Jime] a first-time offender in the matter currently before your court. I understand the seriousness of the charges and the importance of upholding the law but I humbly request that you consider the circumstances surrounding this case and the potential for rehabilitation.

The defendant is my junior brother of a family of 5 children (all male), I am the third in that line and the defendant is immediately after me. To say I am not shocked by the situation he has gotten himself in would be an understatement. I and the rest of the family are deeply devastated and no amount of words can really express our sadness. We have been having trying times these past few years, with the death of our biological Father and the fact that we have to navigate this wide world without guidance and support from anyone but ourselves. The defendant has been hit hard by this reality and it has caused him to make such a mistake, hence we find ourselves in the current situation. We all have had times of miscalculations and bad decisions made by all of us in the family as well but it has been with counseling and the faith we all have in God the Almighty that we have survived and keep thriving.

The defendant, my brother was brought up to the best of our parent's abilities. He went to good schools both in Nigeria and outside Nigeria. We were always together on the account that he is my immediate junior brother so we were in High School together but in different grades and we were in University together in the United Kingdom until he left for the United States and in all that time he character was spotless. He carried himself well and was never a troublemaker or in trouble himself, with good grades and a passion to improve himself every day. The future is bright for him and the sky was not his limit but a barrier he is going to break through and that barrier came in the form of our Fathers' death. He was hit hard and that bounced him off track like it would most dependants. Without guidance and direction his heavy emotions made him take decisions that normally he shouldn't and further more without consulting the family or seeking adequate guidance has done what has brought us to this point.

This is not the character of the defendant my brother who is a shinning light and a good example of someone who people looked up to in our family and the community we are from. He is someone whose career path is been watched and emulated by many in our community on account of the background he is from. He feels remorse and anguish for his part in this case and has been reaching out for counseling and keeping with the requirements stated by the court. I wish for the court to be lenient on him in this case because he is someone who has made a mistake on account of emotional trauma and lack of guidance. A harsh sentence would bury the future this young man has and the talents, skills and impact he is and will be making in our local community and the world at large. He is not a bad person at heart or in mind, he has just fallen short on hard times because of personal and sentimental reasons.

In closing, I respectfully ask for your compassion and mercy in sentencing the defendant [Barnabas Jime]. I believe that a lenient sentence coupled with appropriate supervision and support will allow him to learn from his mistakes and become a productive member of his society.

Thank you for considering my request. Please feel free to contact me if you require any further information.

Sincerely,


Joshua Iorwuese Jime

# EXHIBIT E

Your Honour,

My name is Mrs Charity Nguhemen Jime. Barnabas Terhemba Jime is the fourth (4th) of my five (5) sons. God blessed us with him on the 8th of September 1994.

His father (God rest his soul) and I raised and nurtured him into an obedient and responsible child. Barnabas did not give us any troubles growing up, rather he has always been an adventurous, full of life and excitable child, full of empathy and care for people around him.

As life went by, his father and I thought it wise to send him out of Nigeria to study so he could get the best possible education we could afford, he chose a path to study Computer and Electrical Engineering and I am glad and proud to say he did excellently well in the beginning until the sudden passing away of his father, my dear husband Engr. D.K Jime in 2016. The sad sudden death shook us all but Barnabas was affected the most as he was far away without the comfort and support of immediate family, as a result we lost touch for a while as he was in the US and we were back here in Nigeria.

Your Honour, as a mother would, I have spoken with my son and sadly he has admitted to me his faults and misconducts concerning the case he has before your Honourable Court.

Barnabas has expressed regrets and remorse about his misconduct and poor decision making in a moment of weakness and stated his desire to make amends. I understand that he has been very cooperative with the persecutor's office. To be honest, this tells me he has not forgotten the morals and good behaviours he was raised with.

Your Honour, I write this to you to plead on behalf of my Son, Barnabas Terhemba Jime, that you show him leniency and kindness also that you give him an opportunity to make amends as he has requested. I believe he will make every effort to take responsibility for his misdeeds and make necessary changes in character and deeds.

I plead your mercy on behalf of my son on this case. As a mother, this has hurt me greatly and I assure you I will do my best to guard and guide him on the right path to make the right choices in life.

Thank you for your kind consideration.


Mrs Charity Nguhemen Jime

11/Mar/2024

# EXHIBIT F

29 Samora Machel,



NIGERIA

4th December, 2024

District Judge Jon S. TIGAR,

Courtroom 6 (2nd Floor),

Oakland Courthouse,

Oakland, California, 94612

USA

Your Honour,

I respectfully write to express a passionate plea for Barnabas Terhemba JIME, who is before you with Case Number **4:24-cr-00028-JST – USA v. Barnabas Jime**.

2.      **Background:** It came to my knowledge on 17th February, 2024 that Barnabas is facing a Federal Case with the US Government, with the gravity of the offences including document and real estate financial fraud, dating back June / July 2022. Some of these details are in the public domain. My understanding at current date and time stamp is that hundreds of thousands of United States Dollars was fraudulently obtained from over a hundred individuals. Consequently, on that very day, I called Barnabas to confirm the information I received. During the brief conversation, he confirmed the issues mentioned prior and sounded remorseful and ashamed, yet accepted full responsibility for his actions hence the delay in letting the family know about this imbroglio until his Defence Attorney was required to contact a family member to confirm certain facts. This letter is a passionate plea on his behalf, in view of the gravity of the offences committed and the adverse impact on each victim – inter alia emotionally and financially.

3.      **About Barnabas:** Your Honour, I have known Barnabas since 1996, and more closely from 23rd February, 2011 when I returned to Nigeria from my studies in South Africa. Barnabas is the fourth son of Late Engr. David Kile JIME and Mrs. Charity Nguhemen JIME, who are both like parents to me; the former until his demise on 8th March, 2016. I have known Barnabas to be an amiable, outgoing, determined and self-motivated individual who has always wanted to carve a niche for himself leveraging his charisma and abilities in Music and Event Management. Barnabas left Nigeria for further studies in the United States of America in the year 2015 and has since not returned to Nigeria. Apart from his interest in Computer Engineering, he has for over a decade developed his flair for Entertainment. Your

Honour, the Barnabas I know does not have a history with crime and this is the first time I have heard that he is involved with such serious offences.

4.      **The Jime Family:** With the knowledge I have about Barnabas and the Jime family, it is very strange for him to be mixed up in such as the family is able to fully support his education and living expenses. To provide context, three (3) of his elder brothers all studied in the United Kingdom on family sponsorship and returned to Nigeria after their University education.  Also, Barnabas has a younger brother who is currently studying in Australia. Barnabas family background and upbringing will confirm that he has no business getting involved in identity fraud or financial crime of any nature.

5.      In view of the gravity of the aforementioned, my respectful request is that Barnabas is shown mercy at his sentencing and provided the opportunity to apologise to each individual wronged by his actions. I know that for the person Barnabas is, he will not be at rest and will not only learn from his errors but will further work towards restitution, no matter how long it may take him.

6.      Thank you for your time Your Honour.


Joshua T. VIHISHIMA
4th December, 2024
0556HRS

# EXHIBIT G

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT　☐ INFORMATION　☐ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:　20 years' imprisonment
$250,000 fine
3 years' supervised release
Restitution
Forfeiture

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

▶ Gwomina Louis Ajayi

DISTRICT COURT NUMBER

4:24-mj-70020-MAG

**FILED**

Jan 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:　　SHOW DOCKET NO.

☐ U.S. ATTORNEY　☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant　　MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form

☒ U.S. Attorney　☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)　　AUSA Chris Kaltsas

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED UNDER SEAL**

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction　　}　☐ Federal　☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?　☐ Yes　}　If "Yes" give date filed
☐ No

**DATE OF ARREST** ▶　　Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶　　Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS　☐ NO PROCESS*　☒ WARRANT　Bail Amount:

If Summons, complete following:
☐ Arraignment　☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:　　Before Judge:

Comments:

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**FILED UNDER SEAL**

**FILED**

Jan 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Gwomina Louis Ajayi | )  Case No.  4:24-mj-70020-MAG |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 2022 to June 2023_____ in the county of __San Francisco and Alameda__ in the

____Northern____ District of _____California_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Alfonso Speed

☑ Continued on the attached sheet.

_____
/s/ Alfonso Speed
*Complainant's signature*

Approved as to form __CK_____
AUSA Chris Kaltsas

Alfonoso Speed, Special Agent, USSS
*Printed name and title*

Sworn to before me by telephone.

Date:  __1/9/2024__

_____
*Judge's signature*

City and state:  ____San Francisco, California____

Lisa J. Cisneros, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Alfonso Speed, being duly sworn, declare and state as follows:

### INTRODUCTION

1.      I make this affidavit in support of an application for a criminal complaint and arrest warrant for Gwomina Louis AJAYI ("AJAYI"). For the reasons set forth below, and based on my training, experience, and familiarity with AJAYI, I submit that there is probable cause to believe that on or about and in between May 2022 and June 2023, in Northern District of California and elsewhere, AJAYI, as well as known and unknown co-conspirators, have committed conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, specifically by knowingly obtaining funds from third parties by defrauding them and causing them to believe they would receive rental or vacation properties for lease in exchange for the transfers of funds. AJAYI is believed to have obtained those funds knowing that they had no intent to actually provide those properties to those third parties.

2.      This affidavit is submitted for the limited purpose of charging AJAYI via complaint and securing warrants for his arrest. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal laws identified above have occurred. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by victims, information provided by other law enforcement personnel, and information provided by records and databases. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### AFFIANT BACKGROUND

3.      I am a Special Agent with the Department of Homeland Security, United States Secret Service ("USSS"), and have been so employed since May 2019. The USSS is the primary investigative agency charged with safeguarding the payment and financial systems of the United States. I am currently assigned to the San Francisco Field Office as a member of the Digital

1

Asset Technology Alliance ("DATA").

4.  I attended and completed the twelve-week Criminal Investigator Training Program at the Federal Law Enforcement Training Center located in Glynco, Georgia, and an eighteen-week USSS Special Agent Training Course at the James J. Rowley Training Center located in Beltsville, Maryland. These programs included comprehensive, formalized instruction in, among other things: fraud investigations, counterfeit identification and detection, familiarization with United States fraud and counterfeit laws, financial investigations and money laundering, identification and seizure of assets, physical and electronic surveillance, and undercover operations.

5.  I also received specific instruction in the investigation of electronic crime, including but not limited to network intrusions, point of sale terminal compromises, bank fraud, and wire fraud. As part of this instruction, I received training related to identifying the techniques and methods employed by the groups and organizations involved in these types of crimes.

6.  Since my graduation from the Federal Law Enforcement Training Center and USSS Special Agent training, I have conducted preliminary and follow-up investigations on various crimes, including network intrusions, crimes against persons, death investigations, financial fraud, sexual assault, drug possession, drug sales, cryptocurrency money laundering, prescription forgery, cellular phone fraud, check fraud, petty theft, grand theft, burglary, robbery, auto theft, computer crime, and Internet crime. These investigations involve preparing reports; collecting and preserving evidence; arresting suspects; and interviewing suspects, witnesses, and victims.

7.  I have had numerous conversations with other officers, agents, and law enforcement personnel regarding related crimes. I have also had conversations with suspects, who have committed many of these crimes, about their motives and method of operations. As a result of my training and experience, I have developed an understanding of the motives and methods of operation of subjects involved in these related crimes. I have also created and

assisted in the service of arrest and search warrants associated with these types of crimes.

## APPLICABLE LAW

8.    Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud) makes it a crime to conspire with another person to knowingly execute, or attempt to execute, a scheme or artifice to (1) obtain money or property by means of false or fraudulent pretenses, representations, or promises; (2) that are material; (3) with the intent to defraud; and (4) where the defendant used, or caused to be used, a wire communication to carry out or attempt to carry out an essential part of the scheme, with the intent that the scheme or artifice succeed.

## DEFENDANTS

9.    AJAYI is a Nigerian citizen living in the United States. A photograph of AJAYI is reproduced below:



## STATEMENT OF PROBABLE CAUSE

10.    In approximately July 2022, the Emeryville Police Department initiated an investigation following a victim complaint alleging that funds tied to a romance scam were sent to an individual named Thomas KIRKPATRICK ("KIRKPATRICK") residing at a residential address in Emeryville, CA 94608. Those identifiers were provided by the victim, who received them from the perpetrator of the romance scam. The investigation was subsequently transferred to USSS.

11.    During the course of the investigation, the evidence detailed below indicated that

3

Thomas KIRKPATRICK ("KIRKPATRICK") was a synthetic identity used by a co-conspirator to wit, Barnabas JIME ("JIME"). The investigation revealed that JIME used two synthetic identities during his scheme: KIRKPATRICK and Patrick WARREN ("WARREN").

12.     Evidence obtained in this investigation shows that the Emeryville, CA address associated with the initial Emeryville Police Department Complaint was previously leased to JIME. JIME had also listed this address in an unrelated police report that JIME submitted in or about May 2022, as well as a rental car agreement that JIME executed during the same period.

13.     Bank branch photo surveillance connected to a U.S. Bank account in

 

KIRKPATRICK's name, which was utilized to receive funds tied to the initial romance scam complaint, depict an individual whose appearance matched a driver's license photo of JIME using an ATM to retrieve money from the KIRKPATRICK U.S. Bank account. A bank account opened at J.P. Morgan Chase Bank in the name of KIRKPATRICK that was used to receive the proceeds of the scheme described below were opened using Kenyan passports that were later determined to be falsified. Those passports, whose numbers are on record as being used to open the KIRKPATRICK U.S. Bank account, depict JIME in an image that is identical to JIME's photograph in his Nigerian passport:

14.     Two email accounts were noted on opening documents for various bank accounts established in the names of WARREN and KIRKPATRICK. Those bank accounts were used to receive the proceeds of a wire fraud scheme related to real estate leasing fraud. These accounts received funds attributable to both the KIRKPATRICK and WARREN identities.

15.     Beginning no later than June 2021, JIME, posing as KIRKPATRICK and WARREN, opened at least fourteen bank accounts at six different financial institutions, including U.S. Bank and Citibank accounts associated with the KIRKPATRICK and WARREN email addresses. A review of records associated with those bank accounts revealed a high volume of incoming wire transfers and Zelle deposits, many of which referred to property rentals and lease agreements in their respective memo fields. USSS has interviewed several of the payors to the KIRKPATRICK and WARREN bank accounts and observed a pattern of the payors sending these funds to an individual as part of a purported home rental or vacation rental agreement that, ultimately, turned out to be a scam. In essence, the scam worked by having these payors forward money to bank accounts JIME controlled in response to advertisements for rental properties. Once the accounts received payments for, among other things, deposits and payments for the first month of rent, communication between the payors and JIME and his co-conspirators ceased completely. The victims were ultimately left with no place to live or stay, and with no recourse to recover their money.

16.     Your affiant interviewed several victims of JIME's scheme. One victim (identified below as "A.H.") spoke with an individual she believed to be named "David Warder" on or about July 5, 2022. "Warder" introduced himself as the landlord of a property that he had listed for rent on turbotenant.com, where A.H. had indicated an interest in speaking with the landlord of the property. A.H., who was based in Texas at all times relevant to this Affidavit, spoke with "Warder" and told him that A.H. was interested in renting the property as soon as possible. "Warder" told A.H. that they could view the property by driving to the property, downloading a mobile application called "Opendoor," and then using the application to obtain a code to enter the property. After visiting the property, A.H. told "Warder" that they were interested in submitting a rental application. "Warder" provided A.H. with a link to an application, and informed A.H. that the property was available to be sold as part of a "rent-to-own" agreement. The application provided to A.H. was a form listed on jotform.com.

17.     After receiving A.H.'s application, "Warder" sent A.H. an email seeking an

5

$1,000 deposit from A.H. to hold the property. Upon requesting where the deposit should be sent, "Warder" told A.H. to send the payment through Zelle, using "tkirkpatrick430@gmail.com" as the Zelle recipient address. "Warder" told A.H. that Thomas Kirkpatrick was his attorney and would be accepting payment on his behalf. After A.H. sent the initial $1,000, "Warder" sent A.H. a lease agreement that contained a provision requiring A.H. to pay a security deposit, first month's rent, and last month's rent. A.H. and their spouse sent "Warder" $1,650 using Zelle to cover first month's rent.

18.     After A.H. sent the payment, "Warder" told A.H. that they would need to obtain keys and send last month's rent closer to the time of moving into the property. "Warder" told A.H. that A.H. could tell their current landlord that they were moving out. After "Warder" told A.H. they could move more quickly than previously anticipated, A.H. indicated that they would provide the final deposit for last month's rent in person at the same time they would pick up the keys. A.H. and "Warder" accordingly planned to meet the following week. When A.H. arrived at the property, "Warder" asked A.H. to send last month's rent before he would meet A.H. in person and hand over the keys, per the images of the conversation below (A.H.'s messages are in teal). "Warder" refused to meet A.H. without A.H. sending the payment to "Warder" first. When A.H. told "Warder" that the arrangement was "starting to feel like [it] is a scam," "Warder" commented that A.H. was "not ready to move in." After A.H. subsequently expressed confusion over how "Warder" was renting his property with the assistance of the Opendoor application, "Warder" went silent and never messaged A.H. again.




19.     The $1,650 deposit that A.H. sent to the Kirkpatrick BofA Account was associated with email address tkirkpatrick340@gmail.com. Bank records indicate that the Kirkpatrick BofA Account was opened using the same Kenyan passport described above that was used to open accounts in the name of Thomas Kirkpatrick at other banks. As noted previously, although the name on the passport reads "Thomas Kirkpatrick" the photograph used on the passport is the exact same photograph that was used in the U.S. visa in JIME's Nigerian passport.

20.     The Kirkpatrick BofA account was frequently accessed using the Internet. One of the Internet Protocol ("IP") addresses used to access the Kirkpatrick BofA account was

76.126.9.30. Records reflect that this IP address is assigned to JIME's home in Oakland, CA, and was assigned to JIME's residence at approximately the time that JIME moved into that home from the Emeryville address that JIME had lived previously. The Emeryville address is also listed on the Kirkpatrick BofA Account. The Kirkpatrick BofA account is associated with a phone number assigned to the WARREN synthetic identity, per phone records.

21.     On July 6, 2022, the day after A.H. transferred "first month's rent" into the Kirkpatrick BofA Account, those funds were a part of a $2,200 Zelle transfer from the Kirkpatrick BofA Account to an account held in the name of Thomas Kirkpatrick at J.P. Morgan Chase ("the Kirkpatrick Chase Account"). The Kirkpatrick Chase Account was opened with the same passport used to open the Kirkpatrick BofA Account.  On the day those funds were transferred from the Kirkpatrick BofA Account to the Kirkpatrick Chase Account, those same funds were withdrawn at an ATM in Oakland, CA. Bank records indicate that the Kirkpatrick BofA Account was accessed using the IP address assigned to JIME's home approximately 27 times on July 5 and 6, 2022, the days that "Warder" sought payment from A.H. for a purported deposit on a home for rent.

22.     The USSS's investigation has located approximately 115 additional possible victims where incoming deposits into the bank accounts held by KIRKPATRICK or WARREN featured indicators of similar fraud, such as transaction memos in Zelle records referencing rentals and security deposits. These victims have, collectively, sent over $800,000 to KIRKPATRICK or WARREN accounts since approximately June 2021.  Most of the victims of this scheme, including A.H., reside outside California. The memos were found in Zelle transaction memos in accounts at Bank of America, Chase, Citibank, and U.S. Bank that were held by KIRKPATRICK and/or WARREN. Documents obtained from these financial institutions indicate that KIRKPATRICK's and WARREN's banking accounts were frequently accessed electronically, and that access to these accounts was accomplished almost solely using mobile applications.

23.     Evidence reviewed thus far indicates that JIME withdrew the majority of the

funds obtained through this scam via cash withdrawals at ATMs located in Oakland, Emeryville, and Berkeley, among other places, as he did with funds that A.H. sent to the Kirkpatrick BofA Account. In addition, the Kirkpatrick Chase Account and WARREN accounts at Bank of America, U.S. Bank, and Wells Fargo sent funds to a CashApp account with the username BARNABAS J. during the course of the scheme.

## AJAYI INVOLVEMENT IN WIRE FRAUD SCHEME

24.     On June 5, 2023, the USSS arrested JIME pursuant to a criminal complaint. During a Mirandized interview with JIME, JIME admitted to obtaining counterfeit passports in order to establish bank accounts at several banks, including Bank of America, Citi Bank, J.P. Morgan Chase, Wells Fargo, and U.S. Bank, for the purpose of receiving funds tied to various fraud schemes. The passports included but were not limited to those issued to KIRKPATRICK and WARREN, which were located at JIME's residence during the execution of a search warrant.

25.     Additionally, during the interview, JIME was asked about potential co-conspirators, specifically an individual that could be heard on a recorded phone call to Citibank that appeared to be directing and coaching JIME's questions with regard to an account freeze. When asked to identify the co-conspirator, JIME identified him as "LOUIS" and directed the USSS agents to a specific contact on JIME's mobile phone.

26.     A visual examination of JIME's phone revealed communications on WhatsApp, an encrypted messaging service, associated with phone number ending in 8111 under the contact name "LOUIS," which JIME identified as his co-conspirator. Open-source records revealed that AJAYI is the listed user for the phone number.

27.     Yahoo records indicate the telephone number ending in 8111 was listed as a recovery phone number for louisgarry@yahoo[.]com. According to JP Morgan Chase records, the same phone number is present on a bank account owned by AJAYI.

28.     According to JIME, sometime no later than 2021, JIME met AJAYI at a gathering with mutual friends in the Bay Area. JIME was aware that AJAYI was involved in fraud

schemes, and together they made the decision to form a partnership where AJAYI would focus on defrauding individuals and getting money into accounts JIME controlled, whereas JIME would be responsible for maintaining custody of the bank accounts and managing subsequent cash withdrawals and splitting the proceeds of the fraud with AJAYI.

29.     According to JIME, AJAYI arranged to have funds deposited into the various accounts that JIME established using the fictitious passports JIME obtained from Nigeria. JIME admitted that he was aware the funds deposited into those accounts were associated with fraud or illicit activity.

30.     A review of the WhatsApp messaged revealed several instances where AJAYI and JIME make references to "clients." Based on my training and experience, as well as that of agents and analysts involved in this investigation, I know that JIME and his co-conspirators use the term "client" to refer to victims of his fraud schemes. The use of this term is prevalent in JIME's texts and messages with AJAYI and other co-conspirators, as seen below:

From: 12019930719@s.whatsapp.net Barnabas (owner)
To: 2348144895253@s.whatsapp.net Mally

You no sabi say dating work and client

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 2348144895253@s.whatsapp.net Mally | 9/5/2022 8:51:22 PM(UTC+0) | 9/5/2022 8:51:28 PM(UTC+0) | |

Status: Read
Platform: Mobile

9/5/2022 8:51:21 PM(UTC+0)

31.     During the aforementioned interview with law enforcement, JIME stated that he

kept 10-15% of all cash withdrawals from the accounts he controlled, including the KIRKPATRICK and WARREN accounts, before handing the remaining amounts in cash to AJAYI in person. JIME explained that AJAYI would drive to JIME's residence in Oakland, California to receive the cash.

32.     JIME and AJAYI's conspiracy is corroborated in financial documents reviewed during this investigation. Specifically, JIME's own Bank of America account displays several incoming Zelle payments from AJAYI.

33.     As previously mentioned, the USSS obtained an audio recording from Citibank that features "WARREN" speaking to a call center representative in an attempt to unfreeze a bank account in "WARREN's" name. In this recording, a second individual can be heard in the background feeding questions to "WARREN" to assist in the unfreezing. JIME confirmed that he was the primary speaker on the phone and assumed the WARREN identity, and that the second individual in the background of the call providing instructions to JIME was AJAYI. JIME also confirmed that AJAYI was coaching him as to how to answer questions during the call with Citibank.

34.     Further evidence of JIME's and AJAYI's conspiracy is found in call records for phone number ending in 2512. Records show this phone number was associated with the WARREN synthetic identity described above. According to JIME, this phone number was established to further the fraud scheme with AJAYI and was separate from his personal device.

35.     The previously referenced phone records show eight separate instances with inbound or outbound calls between JIME and AJAYI. In every instance, the call takes place on a day with corresponding cash withdrawal activity in the WARREN or KIRKPATRICK accounts.

36.     A review of JIME's personal device shows that JIME and AJAYI primarily communicated using WhatsApp, an encrypted messaging application. Notably, WhatsApp messages between JIME and AJAYI were deleted from JIME's device, frustrating recovery of some of those messages as they had been scrambled. Portions of JIME's and AJAYI's conversation were one of a small number that had been deleted, indicating that JIME, or AJAYI,

11

specifically elected to have those messages deleted using a feature on WhatsApp. Messages that are available date back as early as May 2, 2022 and show AJAYI asking JIME to conduct cash withdrawals for money coming into fraudulent bank accounts that JIME managed. In those messages, AJAYI also gave JIME notice prior to the funds posting in the accounts. Based on my training and experience, I know that this detailed knowledge concerning the future deposit of illicit funds is an indication that AJAYI was intimately involved with the fraud scheme.

37.     Your Affiant interviewed several victims of AJAYI and JIME's scheme. These victims were identified via bank records as payors into one of the JIME accounts. One victim (identified below as "N.S.") spoke with an individual named "L.K."[1] on or about May 11, 2022. "L.K." introduced themselves as the manager of a property that they listed for rent on Craigslist while Thomas Kirkpatrick was listed as the owner. N.S., who was based in Louisiana at all times relevant to this Affidavit, spoke with and said that they were interested in leasing the property. "L.K." provided N.S. with the renter's application which included a provision requiring N.S. to pay a security deposit, first month's rent, and last month's rent to the KIRKPATRICK J.P. Morgan Chase account.

---

[1] Although L.K. is an assumed identity, it correlates to the name of an actual real estate agent. Their name is accordingly redacted to assure privacy and safety.

38.     Scrambled WhatsApp messages between AJAYI and JIME appear to show AJAYI notifying JIME about two payments of $2,990 totaling $5,980 would be sent to the KIRKPATRICK J.P. Morgan Chase account on or about May 13, 2022.



39.     J.P. Morgan Chase records show that N.S. initiated two transfers on May 13, 2022. Each of the transfers was for $2,990, totaling $5,980. Soon after, a cash withdrawal from the KIRKPATRICK J.P. Morgan Chase account was made for approximately $5,867. These records appear to show that AJAYI had prior knowledge of the funds that N.S. would ultimately pay as part of their rental scheme. This information would likely have only been available to individuals intimately involved in the fraud scheme. Thereafter, JIME and AJAYI messaged to

plan to meet once the transfers had completed.

> ⤫ **Scrambled**
>
> From: 12019930719@s.whatsapp.net Barnabas (owner)
>
> **pending dey e na**
>
> **Label**: Scrambled
>
> 5/14/2022 6:07:10 PM(UTC+0)

> ⤫ **Scrambled**
>
> From: 12019930719@s.whatsapp.net Barnabas (owner)
>
> **we monday go am pick na**
>
> **Label**: Scrambled
>
> 5/14/2022 6:07:25 PM(UTC+0)

40.     On or around May 17, 2022, AJAYI asked JIME what time to meet and JIME confirmed 10am.

41.     The evidence reviewed implicates AJAYI in rental and romance scam activity, which corroborates JIME's statements to law enforcement. Additionally, the evidence reveals a conspiracy between JIME and AJAYI that facilitated different fraud schemes meant to defraud numerous victims, and launder those funds through fraudulently established bank accounts. Those funds were ultimately provided to AJAYI via cash exchanges from JIME in Oakland, CA, among other cities.

## CONCLUSION

42.     Based on the information above, I respectfully submit that there is probable cause to believe that AJAYI as well as others known and unknown, violated Title 18, United States Code, Section 1349 by conspiring to operating a scam through which he, along with JIME, promised living space in exchange for U.S. currency, knowing that, as part of their scheme, they

never intended or could provide living quarters to those paying for them. Moreover, the majority of AJAYI's victims were contacted over the internet and resided outside California. Accordingly, I respectfully request that this Court issue a complaint and warrants for AJAYI's arrest.

43. Because this investigation is ongoing, a public filing of the complaint and the documents submitted in support of the complaint, including this affidavit, will jeopardize the investigation by making public the existence of the investigation and providing AJAYI an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee from prosecution. Accordingly, I request that the Court seal the complaint and the documents submitted in support of the complaint, including this affidavit, until further Order of this Court, except that the clerk of the Court provide copies to representatives of the United States Attorney's Office for use in this case.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

/s/ Alfonso Speed

Alfonso Speed
Special Agent
United States Secret Service

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 9th day of January, 2024. This application and warrant are to be filed under seal.

HONORABLE LISA J. CISNEROS
U.S. Magistrate Judge

16